≪JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**   Category No. __II__   Investigating Agency __DEA__

**City** __Everett__   **Related Case Information:**

**County** __Middlesex__

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   20-MJ-4225-DHH
Search Warrant Case Number   21-MJ-4081; 21-MJ-4226
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Cristopher Samuel Martinez Lara   Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address   (City & State) New York, New York

Birth date (Yr only): 1992   SSN (last4#): _____   Sex M   Race: Hispanic   Nationality: Dominican

**Defense Counsel if known:**   Sinnis Stellio   Address   Federal Defender's Office

**Bar Number**   N/A   51 Sleeper Street
Boston, MA

**U.S. Attorney Information:**

**AUSA**   K. Nathaniel Yeager   Bar Number if applicable   630992

**Interpreter:**   ☑ Yes  ☐ No   List language and/or dialect:   Spanish

**Victims:**   ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes ☐ No

**Matter to be SEALED:**   ☑ Yes  ☐ No

☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:**

**Arrest Date**   07/29/2021

☑ Already in Federal Custody as of   07/29/2021   in   Wyatt    .
☐ Already in State Custody at ────   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:   Judge David Hennessy   on   08/02/2021

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony   9

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   08/11/2021   Signature of AUSA:   _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute 400 grams or more of fentanyl | 1 |
| Set 2 | 21USC841(a)(1)(b)(1)(B)(vi) | Distribution of 40 grams or more of fentanyl | 2-8 |
| Set 3 | 21USC841(a)(1)(b)(1)(A)(vi) | PWID 400 grams or more of fentanyl | 9 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

※JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**     **Category No.** II     **Investigating Agency** DEA

**City** Everett     **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____     Case No. _____
Same Defendant _____     New Defendant _____
Magistrate Judge Case Number     20-MJ-4225-DHH
Search Warrant Case Number     21-MJ-4081; 21-MJ-4226
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Javier Santiago Torres     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) New York, New York

Birth date (Yr only): 1992     SSN (last4#): _____     Sex: M     Race: Hispanic     Nationality: U.S.

**Defense Counsel if known:** Palmer     **Address:** John F. Palmer

**Bar Number:** N/A     18 Main Street Extension, Suite 201B
Plymouth, MA 02360

**U.S. Attorney Information:**

**AUSA** K. Nathaniel Yeager     **Bar Number if applicable** 630992

**Interpreter:** ☑ Yes ☐ No     List language and/or dialect: Spanish

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☐ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date:** 07/29/2021

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release:  Ordered by: Hon. David Hennessy  on  08/05/2021

**Charging Document:**  ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**  ☐ Petty   ☐ Misdemeanor   ☑ Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 08/11/2021     Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Conspiracy to distribute 400 grams or more of fentanyl | 1 |
| Set 2  21USC841(a)(1)(b)(1)(B)(vi) | Distribution of 40 grams or more of fentanyl | 4 |
| Set 3  21USC841(a)(1)(b)(1)(A)(vi) | PWID 40 grams or more of fentanyl | 9 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013